# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLESSING AUTO REPAIR, INC. and MARCDER M. GUERRIER, | CIVIL ACTION |
| Plaintiffs, | NO. 20-6569 |
| v. | |
| PENNSYLVANIA STATE POLICE, ANDREW AVDULLA a/k/a ANDI I. AVDULLA and THE PHILADELPHIA PARKING AUTHORITY, | |
| Defendants. | |

## **O R D E R**

AND NOW, this 14th day of July 2021, upon consideration of Plaintiffs' Amended Complaint (Doc. No. 10), Defendants Pennsylvania State Police and Andrew Avdulla's Motion to Dismiss (Doc. No. 13), Plaintiffs' Motion to Strike (Doc. No. 16), and Plaintiffs' Response in Opposition (Doc. No. 17), it is hereby ORDERED that:

1. Defendants Pennsylvania State Police and Andrew Avdulla's Motion to Dismiss (Doc. No. 13) is GRANTED in part and Counts 1, 2, 3, 5, 6, and 7 of Plaintiffs' Amended Complaint (Doc. No. 10) are DISMISSED WITH PREJUDICE for the reasons set forth in the proceeding Memorandum Opinion;

2. Plaintiffs' requests for leave to amend their complaint to include claims under Pa. Const. Art. 1, Pa. Const. Art. 1

§ 9, Pa. Const. Art. 26, and the Fourteenth Amendment are GRANTED for the reasons set forth in the preceding Memorandum Opinion; and

3. Plaintiffs' Motion to Strike (Doc. No. 16) is DENIED.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.