## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLESSING AUTO REPAIR, INC. and MARCDER M. GUERRIER, | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 20-6569 |
| PENNSYLVANIA STATE POLICE, ANDREW AVDULLA a/k/a ANDI I. AVDULLA and THE PHILADELPHIA PARKING AUTHORITY, | |
| Defendants. | |

### O R D E R

AND NOW, this 5TH day of August, 2021, upon consideration of Plaintiffs' Amended Complaint (Doc. No. 10), Defendant Philadelphia Parking Authority's Motion to Dismiss (Doc. No. 11), and Plaintiffs' Response in Opposition thereto (Doc. No. 14) it is hereby ORDERED that:

1. Defendant Philadelphia Parking Authority's Motion to Dismiss (Doc. No. 11) is GRANTED and Counts 1, 2, 3, 4, 5, 6, 7, 8 of Plaintiffs' Amended Complaint (Doc. No. 10) are DISMISSED WITH PREJUDICE as to Defendant Philadelphia

Parking Authority for the reasons set forth in the preceding Memorandum Opinion; and

2. Plaintiff Blessing Auto Repair Inc. is DISMISSED for lacking standing.

                        BY THE COURT:

                        s/J. Curtis Joyner
                       _____
                       J. CURTIS JOYNER, J.