IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCDER GUERRIER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 20-cv-6569 |
| **PENNSYLVANIA STATE POLICE, ET AL.** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 25th day of August, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 47), Plaintiff's Response (ECF No. 50), and Defendants' Reply (ECF No. 51), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff on all claims in the Second Amended Complaint.  The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**